F. #2014V02883

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

        Plaintiff,

    -against-

ONE PAINTING KNOWN AS
"LA COIFFEUSE" BY PABLO PICASSO,

        Defendant in rem.

- - - - - - - - - - - - - - - - -X

WARRANT FOR ARREST OF
ARTICLE IN REM

Civil Docket No. CV 15 - 1002

MAUSKOPF, J.

FILED
CLERK
2015 FEB 26  PM 3:28
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

To the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES TREASURY AND/OR ANY DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a verified complaint in rem (the "Verified Complaint") has been filed on February 26, 2015, in the United States District Court for the Eastern District of New York, alleging that the Defendant in rem, One Painting known as "La Coiffeuse" by Pablo Picasso, is property, real or personal, which constitutes or is property introduced or attempted to be introduced into the United States contrary to law and therefore subject to forfeiture pursuant to Title 19, United States Code, Section 1595a(c)(1)(A).

And, the Court being satisfied that, based upon the Verified Complaint, there is probable cause to believe that the defendant property so described is subject to forfeiture, and that grounds for application for issuance of a warrant for arrest for article in rem exist, pursuant

to Supplemental Rules C(3) of the Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions ("the Supplemental Rules");

YOU ARE THEREFORE, HEREBY COMMANDED to execute process against the Defendant in rem property by personal service of copy of the within warrant and the Verified Complaint on the Defendant in rem, and, using all reasonable means, by seizure of the Defendant in rem, and serving upon any and all owners, or possessors of the defendant, a copy of the within warrant of arrest and the Verified Complaint; and publish notice of the within civil forfeiture action as required by Rule G;

IT IS FURTHER ORDERED that the United States Department of Homeland Security; Treasury and/or any duly authorized agency of the United States Department of Justice shall serve upon all potential claimants to the defendant property a copy of this warrant and the Verified Complaint in a manner consistent with the principles of service of process of an action in rem under the Supplemental Rules, Federal Rules of Civil Procedure; and

IT IS FURTHER ORDERED that a return of this warrant shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed; and

IT IS FURTHER ORDERED that all persons claiming an interest in said property shall file their claims within thirty (30) days after notice of this seizure, or first publication, whichever occurs first, pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5) of the Supplemental Rules, and shall serve and file their answers to the Verified Complaint within twenty-one (21) days after the filing of the claim with the Office of the Clerk, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New

York, 11201, with a copy thereof sent to Assistant United States Attorney Karin Orenstein, United States Attorney's Office for the Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
February 26, 2015

s/PKC

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK